**Edward Girdzus, by John Girdzus, Appellee, v. Simon Van Etten et al.,. Appellants.**

**Gen. No. 23,764.    (Not to be reported in full.)**

Appeal from the Circuit Court of Cook county; the Hon. RICHARD S. TUTHILL, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed July 10, 1918.

### Statement of the Case.

Action for personal injuries by Edward Girdzus, a minor, by John Girdzus, his next friend, plaintiff. against Simon Van Etten, Henry Van Etten and

Catholic Bishop of Chicago, defendants. The decision herein is controlled by that in *Girdzus v. Van Etten, ante,* p. 524.

WILKERSON, CASSELS & POTTER, for appellants Simon and Henry Van Etten; RALPH F. POTTER, of counsel.

TIMOTHY J. FELL, for appellant Catholic Bishop of Chicago; F. O. FLOBERG, of counsel.

JESSE LOWENHAUPT and CHARLES C. SPENCER, for appellee.

MR. PRESIDING JUSTICE O'CONNOR delivered the opinion of the court.